NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERKINELMER, INC, AND NTD LABORATORIES, INC.,**
*Plaintiffs-Appellees,*

v.

**INTEMA LIMITED,**
*Defendant-Appellant.*

---

2011-1577

---

Appeal from the United States District Court for the District of Massachusetts in case no. 09-CV-10176, Judge F. Dennis Saylor, IV.

---

## ON MOTION

---

## ORDER

PerkinElmer, Inc. and NTD Laboratories, Inc. move to dismiss Intema Limited's appeal for lack of jurisdiction. Intema opposes.

We deem it the better course to deny the motion without prejudice to the parties raising any jurisdictional argument in the briefs.

Accordingly,

IT IS ORDERED THAT:

The motion is denied. The appellees' brief is due within 21 days of the date of this order.

FOR THE COURT

__DEC 2 2 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Bradford J. Badke, Esq.
Lawrence Rosenthal, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 2 2011

JAN HORBALY
CLERK